# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

NAFDEL PETROLEUM SOLUTIONS
INTERNATIONAL LLC, a Washington
limited liability company,

*Plaintiff*

v.

JPMORGAN CHASE BANK, et al.,

*Defendant*

)
)
)
)
)

Civil Action No.   1:19-CV-3109-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The Complaint is DISMISSED with prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Thomas O. Rice _____ on Defendants' Motions to
Dismiss ECF Nos. 8 and 9.

Date:  August 27, 2019 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Linda L. Hansen
_____
*(By) Deputy Clerk*

Linda L. Hansen
_____